

# Fourth Court of Appeals
## San Antonio, Texas

October 25, 2019

No. 04-19-00734-CR

Mark Rudolph **DOMRES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR7177
Honorable Ray Olivarri, Judge Presiding

# O R D E R

Based on the clerk's record filed in this appeal, it appears appellant is seeking to appeal the trial court's dismissal of the charges filed against him. An order dismissing charges is not an order appealable by a defendant. *See Bohannan v. State*, No. 02-11-00105-CR, 2011 WL 2119688, at *1 (Tex. App.—Fort Worth May 26, 2011, no pet.). It is therefore ORDERED that within ten (10) days of this order appellant show cause in writing why this appeal should not be dismissed for lack of jurisdiction. All other appellate deadlines are SUSPENDED pending our resolution of the jurisdictional issue.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of October, 2019.

_Luz Estrada_
LUZ ESTRADA,
Chief Deputy Clerk